UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Ann L. Edwards,<br><br>                    Plaintiff,<br><br>       v.<br><br>Jo Ann B. Barnhart,<br>Commissioner of Social Security,<br><br>                    Defendant. | C/A No. 3:04-22229-GRA-JRM<br><br>ORDER |

This matter is before the Court for a review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636 and Local Rule 73.02(B)(2)(a), D.S.C., and filed February 15, 2006.  Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) and 1383(c)(3) to obtain judicial review of a final decision of the Commissioner of Social Security denying her claims for Supplemental Security Income ("SSI") and Disability Insurance Benefits ("DIB"). The magistrate recommends that the Commissioner's decision be reversed pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c) that the case be remanded to the Commissioner for further administrative action to properly consider the opinions of disability by Plaintiff's treating psychologist, Dr. Taylor and if necessary obtain additional medical information from her; to properly evaluate Plaintiff's credibility; and to continue the sequential evaluation process at step five, if necessary.

The magistrate makes only a recommendation to this Court.  The recommendation has no presumptive weight, and responsibility for making a final

determination remains with this Court.  *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976).  This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  This Court may also "receive further evidence or recommit the matter to the magistrate with instructions."  *Id.*  In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation.  *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983).  There have been no objections to the Report and Recommendation.

After a review of the magistrate's Report and Recommendation, this Court finds that the report is based upon the proper law.  Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that the decision of the Commissioner be REVERSED under sentence four of 42 U.S.C. §§ 405(g) and 1383(c) , and the cause be REMANDED to the Commissioner for further proceedings as discussed above.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

March 8, 2006